IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| CHRIS WOOTEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:17-CV-015-D |
| | § | |
| TEXAS TECH MENTAL-MEDICAL SERVICES, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, the February 13, 2019 findings, conclusions, and recommendation of the magistrate judge, and plaintiff's March 1, 2019 objections, the court concludes the magistrate judge's findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and plaintiff's August 13, 2018 motion for a preliminary injunction is denied.

**SO ORDERED**.

March 6, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE